

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:09-CR-503-PMP-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL GEORGE BIOSI, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#26) on October 20, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

Name of Payee: Colonial Bank
Amount of Restitution: $1,438.00

Name of Payee: Chase Bank
Amount of Restitution: $2,727.00

Name of Payee: Sun West Bank
Amount of Restitution: $510.00

**Total Amount of Restitution Ordered:** $4,675.00

Dated this _____21_____ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE